IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. ___8:22-cv-1361___

BLAINE HARRINGTON III,

    Plaintiff,

v.

RV COAST TO COAST CORP. d/b/a RV
POINTS and YOGAMBIKAI, L.L.C. d/b/a
PALISADES RV PARK,

    Defendants.

_____

## COMPLAINT

Plaintiff Blaine Harrington III ("Plaintiff") sues defendants RV Coast to Coast Corp. d/b/a RV Points ("RV Points") and YOGAMBIKAI, L.L.C. d/b/a d/b/a Palisades RV Park ("Palisades RV Park") (collectively referred to as the "Defendants") and alleges as follows:

## THE PARTIES

1.    Plaintiff is an individual who is a citizen of the State of Colorado.

2.    RV Points is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 16 Eagle Lane, Palm Harbor, FL 34683.  RV Points' agent for service of process is: Michael Ogilvie, 16 Eagle Lane, Palm Harbor, FL 34683.

3.    Palisades RV Park is a limited liability company organized and existing under the laws of the State of New Mexico with its principal place of business located at 9201 Central Avenue NW, Albuquerque, NM 87121.  Palisades RV Park's agent for service of process is: Shirley Van Why, 2900 Louisiana Blvd. NE, Suite 140, Albuquerque, NM 87110.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendants because they maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.  Further, the Court has personal jurisdiction over Palisades RV Park pursuant to Fla. Stat. §§ 48.193(1)(a)(2).

6.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.      Plaintiff's Business

7.      Plaintiff is a well-known and highly regarded travel/location photographer based in Denver, CO, a four time SATW Travel Photographer of the Year (in addition to numerous other awards received during his career), and has worked on assignment for most major news, business and travel magazines.

8.      With over 45 years in business (including working in Amsterdam, New York, Paris

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

and Zurich), Plaintiff has expert knowledge of Europe, as well as most regions of the world.  He maintains files of over 500,000 images from over seventy-five countries and is continually traveling to add new and updated material to the files.

9.      Plaintiff's travel/location photography is highly sought after and has been published in numerous magazines/travel calendars, including: Business Week, Delta Sky, Endless Vacation, Forbes, Geo, Islands, National Geographic Adventure, National Geographic Traveler, Newsweek, New York Times magazine, Outside, Popular Photography, Ski, Smithsonian, Time, and Travel + Leisure. He was also the travel photography columnist (bi-monthly "On the Road") for Shutterbug Magazine and has numerous corporate clients that have included his work in their marketing/advertising campaigns.

## II.    The Work at Issue in this Lawsuit

10.      In 2012, Plaintiff created a professional photograph of hot air balloons flying low over the Rio Grande River titled "20121008_NM-TEX_0301.JPG" (the "Work").  A copy of the Work is exhibited below.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



11.    The Work was registered by Plaintiff with the Register of Copyrights on March 5,

2013 and was assigned Registration No. VAu 1-132-209.   A true and correct copy of the

Certification of Registration pertaining to the Work is attached hereto as **<u>Exhibit "A."</u>**

12.    Plaintiff is the owner of the Work and has remained the owner at all times material

hereto.

### III.    Defendants' Unlawful Activities

13.    Palisades RV Park owns and operates the "Palisades RV Park" in Albuquerque,

New Mexico.

14.    RV Points owns and operates a website (<u>www.rvpoints.com</u>) that supports one of

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

America's largest databases of public/private and free campground listings. The aforementioned website also includes a marketplace for RV owners to post items for sale/trade.

15. On a date after Plaintiff's above-referenced copyright registration of the Work, Palisades RV Park caused a copy of the Work to be published on RV Points' website (at https://rvpoints.com/rv-sites-listing/palisades-r-v-park-inc) in connection with a listing for the Palisades RV Park property:



16. A true and correct copy of screenshots of the aforementioned website, displaying

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

the copyrighted Work, is attached hereto as **Exhibit "B."**

17.     Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with their respective businesses or for any other purpose.

18.     Defendants utilized the Work for commercial use – namely, in connection with the marketing of the Palisades RV Park property.

19.     Upon information and belief, Defendants located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for their own commercial use.

20.     Through his ongoing diligent efforts to identify unauthorized use of his photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in December 2021.    Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use.    To date, Plaintiff has been unable to negotiate a reasonable license for the past/existing infringement of his Work.

## COUNT I – COPYRIGHT INFRINGEMENT

21.     Plaintiff re-alleges and incorporates paragraphs 1 through 20 as set forth above.

22.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

23.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

24.     As a result of Plaintiff's reproduction, distribution, and public display of the Work,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Defendants had access to the Work prior to its own reproduction, distribution, and public display of the Work on the RV Points' website.

25.     Defendants reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

26.     By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for their own commercial purposes.

27.     Defendants' infringement was willful as they acted with actual knowledge or reckless disregard for whether their conduct infringed upon Plaintiff's copyright.

28.     Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

29.      Plaintiff is entitled to recover his actual damages resulting from Defendants' unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of the Work, which amounts shall be proven at trial.

30.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

31.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover his costs and attorneys' fees as a result of Defendant's conduct.

32.     Defendants' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a.  A declaration that Defendants have infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

## **Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: June 14, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Dan DeSouza, Esq._____
        Daniel DeSouza, Esq.
        Florida Bar No.:  19291
        James D'Loughy, Esq.
        Florida Bar No.: 0052700

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-132-209

**Effective date of registration:**

March 5, 2013

## Title

**Title of Work:** Blaine Harrington III Photography 20120116-20121129 12,692 Unpublished Photos

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Blaine Harrington III

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Blaine Harrington III

7533 South Overlook Way, Littleton, CO, 80128, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, jewelry design, architectural work, 2-D artwork, sculpture, map

**New material included in claim:** photograph(s)

## Rights and Permissions

**Name:** Blaine Harrington III

**Email:** blaineharr@comcast.net          **Telephone:** 303-932-9062

**Address:** 7533 South Overlook Way

Littleton, CO 80128 United States

## Certification

**Name:** Blaine G. Harrington III

**Date:** March 5, 2013

EXHIBIT "B"



RV Parks / Palisades RV Park - Albuquerque, NM - RV Parks

# Palisades RV Park - Albuquerque, NM - RV Parks



### Welcome to Palisades RV Park

Palisades RV Park is located near stunning historic Albuquerque, New Mexico. Historic
Old Town has been the heart of Albuquerque since the city was founded here in 1706.
Today, historic Old Town Albuquerque is the city's cultural center, with five museums