## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BLAINE HARRINGTON, III ,**

    Plaintiff,

v.                                                                                  Case No: 8:22-cv-1361-MSS-TGW

**RV COAST TO COAST CORP. and YOGAMBIKAI, LLC,**

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Stipulation of Dismissal with Prejudice, (Dkt. 25), and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this Case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of August, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person